# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 18, 2005*

[Cite as *02/18/2005 Case Announcements*, 2005-Ohio-637.]

## MOTION AND PROCEDURAL RULINGS

2004–1945.  **State ex rel. Rittner v. Dennis.**
Williams App. No. WM–04–009, 2004-Ohio-5679. This cause came on for further consideration of appellant's motion to order Warden Jessie Williams to extend credit in order to access this court. Upon consideration thereof,
　　IT IS ORDERED by the court that the motion be, and hereby is, denied.

## MEDIATION REFERRALS

　　The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2004–1605.  **Cox v. Zanesville City School Dist. Bd. of Edn.**
Muskingum App. No. 04 CA 14, 2004-Ohio-4253.

2005–0273.  **State ex rel. Manning v. MVM, Inc.**
Franklin App. No. 03AP–1287, 2005-Ohio-290.

　　The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

2005–0019.  **State ex rel. Sellards v. Indus. Comm.**
Franklin App. No. 03AP–987, 2004-Ohio-6604.

2005–0278.  **Black v. Wilkins.**
Board of Tax Appeals, No. 2004–G–400.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 22, 2005*

[Cite as *02/22/2005 Case Announcements*, 2005-Ohio-669.]

## MOTION AND PROCEDURAL RULINGS

2004–1063.  **McCrone v. Bank One Corp.**
Stark App. No. 2003 CA 00092, 2004-Ohio-2538. This cause is pending before this court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellee Bank One Corporation's motion to realign the parties for purposes of oral argument,
　　IT IS ORDERED by the court that the motion to realign be, and hereby is, granted and that appellee Bank One Corporation shall share the time allotted to appellant.

2004–1065.  **McCrone v. Bank One Corp.**
Stark App. No. 2003 CA 00092, 2004-Ohio-2538. This cause is pending before this court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellee Bank One Corporation's motion to realign the parties for purposes of oral argument,